**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Jesus MARIN–RECIO, also known as Rolando Fonseca, Defendant–Appellant.**

No. 05–51009

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 8, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Robert J. Perez, El Paso, TX, for Defendant–Appellant.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

384

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Jesus Marin–Recio raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

